```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 40137
    MATTHEW LAWRENCE ALAGNA
    BERYL ELAINE ALAGNA                       CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-2751    SSN XXX-XX-9083
```

---
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/28/04 and confirmed on 01/14/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 172605.73 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | 126697.78 | .00 | 126697.78 |
| OCWEN LOAN SVCG | SECURED | 6605.00 | .00 | 6605.00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 4200.00 | 661.14 | 4200.00 |
| M & I MARSHALL & IISLEY | SECURED VEHIC | 9750.00 | 1534.76 | 9750.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 263.41 | .00 | 26.34 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 757.66 | .00 | 75.77 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3024.20 | .00 | 302.42 |
| HUNTINGTON NATIONAL BANK | UNSECURED | 3535.02 | .00 | 353.50 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1299.36 | .00 | 129.94 |
| M & I MARSHALL & IISLEY | UNSECURED | 339.21 | .00 | 33.92 |
| MARSHALL FIELD | UNSECURED | 193.68 | .00 | 19.37 |
| ROUNDUP FUNDING LLC | UNSECURED | 6063.81 | .00 | 606.38 |
| ROUNDUP FUNDING LLC | UNSECURED | 479.27 | .00 | 47.93 |
| SMC | UNSECURED | 554.02 | .00 | 55.40 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | 10.00 | .00 | 10.00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 6467.15 | .00 | 6467.15 |
| M & I MARSHALL & IISLEY | UNSECURED | 10531.75 | .00 | 1053.18 |
| FORD MOTOR CREDIT CO | UNSECURED | 60.52 | .00 | 6.05 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 153729.93 | .00 | 27101.91 | .00 | 180831.84 |
| PRINCIPAL PAID | 153729.93 | .00 | 2710.20 | .00 | 156440.13 |
| INTEREST PAID | 2195.90 | .00 | .00 | .00 | 2195.90 |

```
TOTAL PAID              155925.83            .00       2710.20            .00    158636.03
```

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   7521.77 .

Refunds to the Debtor totaled $   3747.93 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 40137 MATTHEW LAWRENCE ALAGNA & BERYL ELAINE ALAGNA